■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTIS FORD, Appellant.—In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered October 16, 1964, which denied without a hearing his application to vacate a judgment of the former County Court, Kings County, rendered April 17, 1950 after trial, convicting him of murder in the second degree and imposing sentence. Order affirmed. A copy of the trial minutes reveals that no objection was made to the admission of the confession at the trial. The defendant testified that no one beat him. No claim of coercion was ever made at the trial. A hearing pursuant to *People* v. *Huntley* (15 N Y 2d 72) is, therefore, not warranted. The other contentions of appellant are not reviewable by *coram nobis*. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ SERVO CORPORATION OF AMERICA, Respondent, v. WILLIAM PELINO et al., Appellants.—In an injunction action, defendants appeal from an order of the Supreme Court, County of Nassau, entered September 16, 1965, which granted (a) the plaintiff's application to take the deposition of defendants, citizen-residents of Virginia, in the County Courthouse at Mineola, New York on September 22, 1965; and (b) certain other relief, all without notice to the defendants. Appeal dismissed, without costs. No appeal lies from an ex parte order (*Matter of Police Benevolent Assn.* v. *Gagliardi*, 9 A D 2d 929, affd. 9 N Y 2d 803; *Matter of Conklin*, 7 A D 2d 743; cf. *Rosenberg* v. *Renmal Realty Corp.*, 9 A D 2d 760; *Rikoon* v. *Two Boro Dress*, 9 A D 2d 783). Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH D'IORIO, Appellant.—On the court's own motion the order and decision [24 A D 2d 1079] both dated December 6, 1965 are amended to show the date of the conviction to be "June 21, 1963" instead of "June 21, 1965". Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CALVIN JOHNSON, Appellant.—Appeal by defendant from a judgment of the former County Court, Kings County, rendered August 12, 1960 after a jury trial, convicting him of murder in the second degree, and imposing sentence upon him as a second felony offender. Judgment affirmed (Code Crim. Pro., § 542). Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.